IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:15 CR 222 |
| | ) | |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| -vs- | ) | |
| | ) | MEMORANDUM OPINION |
| DELORES L. KNIGHT, | ) | AND ORDER |
| | ) | |
| Defendant. | ) | |

This case is before the Court on Defendant, Delores Knight's Fourth and Fifth Motions to Vacate Sentence pursuant to 28 U.S.C. § 2255. (ECF # 314, 315). Ms. Knight filed three prior motions pursuant to §2255. (ECF #252, 291, 307). The first motion was denied. (ECF #266, 267). The other two motions were transferred to the Sixth Circuit Court of Appeals as successive motions which required certification by the court of appeals. (ECF #294, 309). The Court of Appeals dismissed the first successive motion for want of prosecution and has not yet ruled on the second successive motion. (ECF #300).

Section 2255 provides that:

A second or successive motion must be certified as provided in section 2244 by a panel of the appropriate court of appeals to contain —

(1) newly discovered evidence that, if proven and viewed in light of the evidence as a whole, would be sufficient to establish by clear and convincing evidence that no reasonable factfinder would have found the movant guilty of the offense; or

(2) a new rule of constitutional law, made retroactive to cases on collateral review by the Supreme Court, that was previously unavailable.

*See* 28 U.S.C. § 2255(h).

Because Ms. Knight has failed to receive authorization from the Sixth Circuit to file her latests successive §2255 motions, these motions may not be reviewed by the Court at this juncture. Therefore, the Clerk of Court is directed to transfer Ms. Knight's motions, ECF docket numbers 314, and 315, to the Sixth Circuit Court of Appeals pursuant to *In re Sims*, 111 F.3d 45, 47 (6th Cir. 1997).

IT IS SO ORDERED.

 /s/ Donald C. Nugent
Donald C. Nugent
United States District Judge

Date:  April 15, 2026

2